1  CENTER FOR DISABILITY ACCESS
   Chris Carson, Esq., SBN 280048
2  Phyl Grace, Esq., SBN 171771
   Dennis Price, Esq., SBN 279082
3  <u>Mail</u>: PO Box 262490
   San Diego, CA 92196-2490
4  <u>Delivery</u>: 9845 Erma Road, Suite 300
5  San Diego, CA 92131
   (858) 375-7385; (888) 422-5191 fax
6  phylg@potterhandy.com
7  Attorneys for Plaintiff

8  RICHARD D. SCHRAMM (SBN 151696)
   EMPLOYMENT RIGHTS ATTORNEYS
9  1500 E. Hamilton Ave., Suite 118
10 Campbell, California 95008
   Tel: (408) 796-7551
11 Fax: (408) 796-7368
   Attorneys for Defendants,
12 Kings Harvest, LLC and
13 US Chinese Food, Inc.

**GRANTED. The Clerk shall close the file.**
**Dated: 5/3/2019**

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Thomas S. Hixson]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>      Plaintiff,<br><br>    v.<br><br>KING'S HARVEST LLC, a California Limited Liability Company;<br>US CHINESE FOOD, INC., a California Corporation; and Does 1-10,<br><br>      Defendants. | Case No.: 3:18-CV-04348-TSH<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

| | | |
|---|---|---|
| 1 | Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties. | |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: May 3, 2019         CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　By: /s/ Amanda Lockhart Seabock
　　　　　　　　　　　　　　　　Amanda Lockhart Seabock
　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Dated: May 3, 2019         EMPLOYMENT RIGHTS ATTORNEYS

　　　　　　　　　　　　　By: /s/ Richard D. Schramm
　　　　　　　　　　　　　　　　Richard D. Schramm
　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　Kings Harvest, LLC and
　　　　　　　　　　　　　　　　US Chinese Food, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Richard D. Schramm, counsel for Kings Harvest, LLC and US Chinese Food, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: May 3, 2019　　　　　　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　　　By: /s/ Amanda Lockhart Seabock
　　　　　　　　　　　　　　　　　　　Amanda Lockhart Seabock
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff